**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 04-7536**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

SH'DELL NICHOLAS,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Samuel G. Wilson, District Judge.  (CR-96-202; CA-04-526-7)

_____

Submitted:  March 10, 2005          Decided:  March 14, 2005

_____

Before LUTTIG, MOTZ, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Sh'dell Nicholas, Appellant Pro Se.  Morgan Eugene Scott, Acting United States Attorney, Roanoke, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Sh'dell Nicholas, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Nicholas, CA-04-526-7 (W.D. Va. filed Sept. 9, 2004; entered Sept. 13, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED